SUPREME COURT OF NEW JERSEY
D-163 September Term 2019
084786

In the Matter of

Anthony J. Fusco, Jr.,

An Attorney At Law

(Attorney No. 251311972)

FILED
OCT -8 2020

*Heather J Baker*
CLERK

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 19-375, concluding that **Anthony J. Fusco, Jr.,** of **Passaic,** who was admitted to the bar of this State in 1972, should be censured for violating RPC 1.7(a)(2)(engaging in a conflict of interest);

And good cause appearing;

It is ORDERED that **Anthony J. Fusco, Jr.,** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 6th day of October, 2020.

*Heather J Baker*

CLERK OF THE SUPREME COURT